IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL MARIE RAMOS, ) | No. C 07-4271 JSW (PR) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| PAUL COPENHAVEN, Warden, ) | |
| Respondents. ) | |

The Court has dismissed this pro se petition without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: December 21, 2007

*Jeffrey S White*
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CRYSTAL M RAMOS,

        Plaintiff,

  v.

PAUL COPENHAVEN et al,

        Defendant.

Case Number: CV07-04271 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Crystal Marie Ramos
Federal Prison Camp-Dublin
5675 8th Street, Camp Parks
81937-180
Dublin, CA 94568

Dated: December 21, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk